JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAGEN GALSTANYAN, ARMANOUCH TER-GALSTANYAN, EDWIN GALSTANYAN, and VAHE TER-GALSTANYAN | ) ) ) ) ) | Case No.:  CV 10-837 DSF (SSx) |
| Plaintiffs, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| WILSHIRE STATE BANK, | ) ) | |
| Defendants. | ) ) ) | |

_____

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

2/9/10

Dated: _____        _____
                                                            Dale S. Fischer
                                              United States District Judge